**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Kaufman Dolowich & Voluck LLP
245 Main Street, Suite 330
White Plains, NY 10601
Telephone: 914.470.0001
Facsimile: 914.470.0009

**Alexandra L. Robins**
srobins@kdvlaw.com

September 13, 2022

<u>Via ECF</u>
Hon. Taryn A. Merkl, USMJ
United States District Court
Eastern District of New York

Re: *Juan Solis et al v. Big Apple Designers Inc. et al*, 21-cv-06224

Dear Judge Merkl:

We write jointly with counsel for Plaintiffs to provide these additional calculations as a supplement the previously-filed *Cheeks* motion. The total settlement sum of $325,000 is proposed to be broken down as follows:

- Expenses: $772.30
- Net Settlement Sum: $324,227.70
- Attorneys' fees (1/3 of the net sum): $108,848.20
- Distribution to Plaintiffs: $215,379.50

The $215,379.50 distribution will be made to each of the 28 Plaintiffs in accordance with his proportionate share. Here, Plaintiffs calculated their alleged based upon each one's recollection of his rate of pay, hours worked, weeks worked, and difference between his wages owed and wages paid, as can be seen in the accompanying charts Plaintiffs' counsel provided the undersigned, annexed hereto as **Exhibit A**. All together, the amount of wages that Plaintiffs estimated they were owed pursuant to these charts totaled $608,485. The actual distribution to Plaintiffs of $215,379.50 therefore represents approximately 35.4% of Plaintiffs' alleged unpaid wages.

|  | Alleged Estimated Wages Owed | 35.4% of Alleged Wages Owed |
|---|---|---|
| Jhon Acero | $12,464 | $4,412.26 |
| Marlon Avila | $39,352 | $13,930.60 |
| Aquiles Bolano | $45,064 | $15,952.66 |
| Humberto Castillo | $16,720 | $5,918.88 |
| Lenardo Cedeno | $5,168 | $1,829.46 |

- Eliseo Chali Guoron      $39,352    $13,930.60
- Hector Chali             $16,720    $5,918.88
- Mario Chali              $16,720    $5,918.88
- Carlos Gallego           $5,624     $1,990.90
- Andres Garcia            $13,528    $4,788.90
- Edmundo Garcia           $25,232    $8,932.12
- Juan Perez Garcia        $39,352    $13,930.60
- Wilmer Garcia            $45,064    $15,952.66
- Jhon Hernansez           $11,096    $3,927.98
- Diego Higuita            $21,736    $7,694.54
- Jesus Macias             $10,184    $3,605.14
- Holger Meneses           $18,696    $6,618.38
- Jose Mera                $8,360     $2,959.44
- Alejandro Molina         $15,656    $5,542.22
- Carlos Moreno            $10,792    $3,820.36
- Rafael Quijano           $ 9,424    $3,336.10
- Juan Rivera              $ 9,576    $3,389.90
- Leonardo Rodriguez       $16,568    $5,865.08
- Facundo Sanchez          $24,624    $8,716.90
- Jose Sancir              $16,720    $5,918.88
- Juan Solis               $16,720    $5,918.88
- Nerry Torres             $19,000    $6,726.00
- Leovigildo Ventura       $78,973    $27,932.30

Totals:                    $608,485   $215,379.50

The updated settlement agreement, annexed hereto as **Exhibit B**, has been amended to include these calculations, the 35% share of each Plaintiff of the wages he alleged to be owed. It has also been updated, in light of the Proposed Amended Complaint, to provide for all Plaintiffs to sign.

We thank the Court for its time and attention to this matter.

Respectfully,

Alexandra L. Robins

C:   *All parties via ECF*